## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 11-28908 |
|    Byron Pscherer | ) | |
|    Dawn Pscherer | ) | Judge Goldgar |
|    Debtor(s) | ) | |
| | ) | Chapter 13 |
| | ) | |

### NOTICE OF MOTION

TO:   Wells Fargo Financial Illinois, Inc c/o Heather D Bock, McCalla Raymer LLC, 1544 Old Alabama Road, Roswell GA 30076
    Dawn Pscherer, 24681 Norelius Avenue, Round Lake IL 60073
    Glenn Stearns, 801 Warrenville Rd, Ste 650, Lisle IL 60532 (ECF notice)

PLEASE TAKE NOTICE that on April 8, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Goldgar, or any other judge sitting in his stead, in the courtroom usually occupied by him at 1792 Nicole Lane, Round Lake Beach IL 60073, and then and there move for entry of an order in accordance with the prayer of the motion attached hereto, at which time and place you may appear if you so desire.

                                                                               /s/ Edwin L Feld

### CERTIFICATION

I, Edwin L Feld, the attorney in the above captioned case, state that I served the above notice and motion upon the above named parties, via United States Mail, properly addressed with postage fully prepaid before the hour of 4:30 pm, at 1 N. LaSalle, Chicago, Illinois, on March 10, 2016.

                                                                               /s/ Edwin L Feld

Edwin L Feld
Edwin L Feld & Associates, LLC
1 N Lasalle St Suite 1225
Chicago, IL 60602
(312) 263-2100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No.  11-28908 |
|    Byron Pscherer | ) | |
|    Dawn Pscherer | ) | Judge Goldgar |
|    Debtor(s) | ) | |
| | ) | Chapter 13 |
| | ) | |

## MOTION TO DETERMINE FINAL CURE AND PAYMENT

NOW COME the Debtors herein, Byron Pscherer and Dawn Pscherer, by and through their attorneys, Edwin Feld, and Edwin L Feld & Associates, LLC and pursuant to Bankruptcy Rule 3002.1 and respectfully request that this Honorable Court hold a hearing to Determine Final Cure and Payment, and in support of this motion, state as follows:

1. The above-referenced case was filed on July 14, 2011

2. On January 28, 2016 the Chapter 13 Trustee filed their Notice of Final Cure Mortgage Payment required by Bankruptcy Rule 3002.1

4. On February 18, 2016 Wells Fargo Financial Inc filed their Response to Notice of Final Cure Payment required by Bankruptcy Rule 3002.1

5. The Response to Notice of Final Cure Payment states that the Debtors have post-petition arrears in the amount of $2,672.82

6. Debtor disputes that there are any arrears on the Mortgage and requests this court hold a hearing to determine whether the debtor has paid all post-petition amounts.

WHEREFORE, pursuant Bankruptcy Rule 3002.1 hold a hearing to determine if all required post-petition mortgage payments were made and further relief that this Court deems appropriate.

Respectfully Submitted,

/s/ Edwin L Feld
Attorney for Debtors
Edwin L Feld & Associates, LLC
1 N Lasalle St Suite 1225
Chicago, IL 60602
(312) 263-2100